IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:25-cv-01225-CNS-SBP | Date: August 19, 2025 |
| Courtroom Deputy: Stef Jeffries | FTR: Courtroom A502 |

| *Parties:* | *Counsel:* |
|---|---|
| ICE BUILDING, LLC, | Marielle Moore |
| | David Zwisler |
| Plaintiff, | |
| v. | |
| SOURCEPATH MACHINELOGIC, LLC, | Kaitlyn Dehmer |
| | Gregory Emrick |
| Defendant. | Keith Tooley |

### COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**10:40 a.m.**   **Court in session.**

The Court calls the case. Appearances of counsel.

Discussion is held regarding the parties' proposed Scheduling Order.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):  **August 20, 2025**

Joinder of Parties/Amendment to Pleadings: **October 3, 2025**

Discovery Cut-off: **May 25, 2026**

Dispositive Motions Deadline:  Pursuant to Judge Sweeney's Standing Order Regarding Rule 56 Motions, no later than 10 days after the close of discovery, a party seeking to file a motion for summary judgment must email Judge Sweeney's chambers, copying opposing counsel, to inform the Court of their intent to file such a motion.

Deadline for Motions Pursuant to Fed. R. Evid. 702: **July 13, 2026**

Each side shall be limited to **10** depositions, including experts. Each deposition shall be limited to 1 day of 7 hours.

Each side shall be limited to **25** interrogatories, including discrete subparts, **25** requests for production, and **25** requests for admission. Interrogatories, requests for production, and requests for admission shall be served by **April 10, 2026.**

Each side shall be limited to **1** retained expert witness, inclusive of rebuttal experts, absent leave of court.

Disclosure of Affirmative Experts: **December 18, 2025**
Disclosure of Rebuttal Experts: **January 26, 2026**

**STATUS CONFERENCE**:

None at this time. Future status conferences may be set at the request of the parties or the Court.

**FINAL PRETRIAL CONFERENCE/TRIAL DATE**:

A final pretrial conference will be set by Judge Sweeney after disposition of any dispositive motion. A Trial Preparation Conference and trial date(s) will be given to the parties at the Final Pretrial Conference. If no party seeks to file a summary judgment motion, the parties must jointly contact Judge Sweeney's chambers to obtain dates for trial and a final pretrial/trial preparation conference.

**Scheduling Order entered.**

**10:50 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:  10 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.